NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

―――――――

**PRAXAIR TECHNOLOGY, INC.,**
*Appellant*

**v.**

**AIR LIQUIDE LARGE INDUSTRIES U.S. LP,**
*Appellee*

―――――――

2017-1318, 2017-1319

―――――――

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2015-01071, IPR2015-01072.

―――――――

## JUDGMENT

―――――――

GREGORY A. CASTANIAS, Jones Day, Washington, DC, argued for appellant. Also represented by DANIEL KAZHDAN; CHRISTOPHER J. HARNETT, KEVIN VINCENT MCCARTHY, New York, NY.

STEPHANIE DEBROW, Norton Rose Fulbright US LLP, Austin, TX, argued for appellee. Also represented by MARK T. GARRETT; CHARLES BRUCE WALKER, JR., Houston, TX; JONATHAN S. FRANKLIN, Washington, DC; ALLEN E. WHITE, Air Liquide, Houston, TX.

———————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, DYK, and TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| February 13, 2018 | /s/ Peter R. Marksteiner |
| :---: | :--- |
| Date | Peter R. Marksteiner |
| | Clerk of Court |